DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JUL - 7 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES A. SMITH,

        Petitioner,

v.

GREGORY GRAMS,

        Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 06-cv-375-bbc

---

This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

that judgment is entered granting petitioner James A. Smith's petition for a writ of

habeas corpus under 28 U.S.C. § 2254. If the State elects not to retry petitioner

within 120 days, he shall be released from confinement.

_____
Peter Oppeneer, Clerk of Court

JUL - 7 2009
_____
Date